IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NELSON HERNANDEZ RIVERA, | No. 4:22-CV-01603 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| SCI-FOREST SUPERINTENDENT, | |
| Respondent. | |

## ORDER

### NOVEMBER 7, 2023

**AND NOW**, in accordance with the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that:

1. Petitioner, Nelson Hernandez Rivera's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Rivera has not made a substantial showing of the denial of a constitutional right.[1]

3. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] *See* 28 U.S.C. § 2253(c)(2).